# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| AISHA LINDSEY and CHRISTIAN TAYLOR, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No. 4:21-CV-1018 DDN |
| CITY OF BRECKENRIDGE HILLS MISSOURI, et al., ) ) ) ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL

COMES NOW The Parties, through their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and hereby dismisses the above-captioned case with prejudice. Each party will bear their own costs and attorney's fees.

Respectfully submitted,

| | |
|---|---|
| SCHOTTEL & ASSOCIATES, P.C. | Mark Zoole & Associates |
| BY: s/*James W. Schottel, Jr.* | BY: s/ *Mark H. Zoole*(by consent) |
| James W. Schottel, Jr.   #51285MO | Mark H. Zoole      #38635MO |
| 906 Olive St., PH | P.O. Box 19054919 |
| St. Louis, MO 63101 | St. Louis, MO 631 |
| (314) 421-0350 | (314) 224-0436 |
| (314) 421-4060 facsimile | zoole@sbcglobal.net |
| jwsj@schotteljustice.com | |
| | Attorney for Defendants |
| Attorney for Plaintiffs | Jason Kinworthy |
| Aisha Lindsey | Paul Rinck |
| Christian Taylor | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on <u>April 2, 2023</u>, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

      Mark H. Zoole
      zoole@sbcglobal.net

      Attorney for Defendants
      Jason Kinworthy
      Paul Rinck


      s/*James W. Schottel, Jr.*

2